·city of New York. No opinion. Judgment reversed, and new trial granted, costs to abide the event, on the opinion in Quintard v. City of New York, 51 App. Div. 233, 64 N. Y. Supp. ·904.

—

GREEN, Appellant, v. UNION STEEL & ·CHAIN CO., Respondent. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by John E. Green against the Union Steel & Chain Company. J. Hetherington, for appellant. G. P. Smith, for respondent. No opinion. Judgment affirmed, with costs.

—

GREENE, Respondent, v. GREENE, Appellant. (Supreme Court, Appellate Division, Third Department. December 7, 1900.) Action by Jennie L. Greene against Samuel B. Greene. No opinion. Order affirmed, with $10 costs and disbursements.

—

GUNSAUL, Respondent, v. GRANNIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by John S. Gunsaul against Charles W. Grannis and another.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to ·the appellants to abide the event, upon the ground that the verdict is contrary to the evidence and that the motion for a new trial ·should have been granted. All concur, except ADAMS, P. J., who dissents.

—

HAAREN, Respondent, v. HAWKES, Appellant. (City Court of New York, General Term. January 3, 1901.) Action by John W. Haaren against Henry Hawkes. From a judgment for plaintiff, defendant appeals. Affirmed. Sidney H. Stuart, for appellant. Appell & Reid, for respondent.

HASCALL, J. No sufficient ground appears for disturbing the record in this case. Judgment appealed from should be affirmed, with ·costs.

FITZSIMONS and O'DWYER, JJ., concur.

—

HAIDECKE, Respondent, v. NENNO, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November Term, 1900.) Action by Charles Haidecke against Lena Nenno, impleaded, etc. No opinion. Judgment affirmed, with costs. All concur, except McLENNAN, J., dissenting from affirmance as ·to additional allowance of costs.

—

HANNIGAN v. LEHIGH & H. R. RY. CO. ·(Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Richard Hannigan against the Lehigh & Hudson River Railway Company.

PER CURIAM. We are unable to distin- ·guish this case, as now presented, from the ·same case as decided by the court of appeals in 157 N. Y. 244, 51 N. E. 992. Plaintiff's ·exceptions unanimously overruled, and motion for new trial denied, with costs.

—

HARTSHORN et al., Appellants, v. CUSHMAN et al., Respondents. (Supreme Court,

Appellate Division, Third Department. November 14, 1900.) Action by Edna A. Hartshorn and others against E. Watts Cushman and James L. Gardiner. No opinion. Order affirmed, with $10 costs and disbursements.

—

HARVEY, Respondent, v. THAYER, Appellant. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Cora Harvey against Clayton L. Thayer, as administrator with will annexed of the estate of Harriet Curtiss, deceased. No opinion. Judgment affirmed, with costs.

—

HASBROUCK v. MARKS. (Supreme Court, Appellate Division, First Department. November 23, 1900.) Action by Louis B. Hasbrouck against William L. Marks. No opinion. Motion granted, with $10 costs.

—

HASKELL, Appellant, v. STEINHARDT et al., Respondents. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Frederick F. Haskell, as trustee, etc., against Lewis Steinhardt and others. G. O. Coffin, for appellant. M. S. Wise, for respondents. No opinion. Judgment affirmed, with costs.

—

HAWLEY, Appellant, v. CITY OF JOHNSTOWN, Respondent. (Supreme Court, Appellate Division, Third Department. November 14, 1900.) Action by Clark P. Hawley against the city of Johnstown. No opinion. Judgment affirmed, with costs.

—

HEIDELBERG, Respondent, v. STERNBERGER, Appellant. (Supreme Court, Appellate Division, First Department. December 7, 1900.) Action by Herman S. Heidelberg against Morris S. Sternberger. W. Arrowsmith, for appellant. E. F. Harding, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

—

HEWITT, Appellant, v. KENT, Respondent. (Supreme Court, Appellate Term. November 12, 1900.) Action by Sarah Hewitt against Louis Kent. From a judgment in favor of the defendant, plaintiff appeals. Affirmed. Parsons, Shepard & Ogden, for appellant. J. P. Fallon, Jr., for respondent.

PER CURIAM. Evidence was given on the trial which tended to show that the defendant surrendered, and the plaintiff accepted a surrender, of the lease of the premises. It is true that the testimony on the part of the defendant was contradicted by a witness for the plaintiff; but the justice before whom the case was tried had the right to believe the two witnesses for the defendant, instead of the one witness for the plaintiff. There is nothing in the memoranda of the justice that tends to show that he did not believe the two witnesses for the defendant. Judgment affirmed, with costs.

—

HICKMAN, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 23, 1900.) Action by Johanna Hickman against the Nassau Electric Railroad Company.